# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND ASSOCIATION OF THE DEAF, KATHRYN ARCANA, PEGGY MERHI, and the ESTATE OF SEMI MERHI<br><br>Plaintiffs,<br><br>vs.<br><br>LIFESPAN CORPORATION, LIFESPAN PHYSICIAN GROUP, INC., and RHODE ISLAND HOSPITAL,<br><br>Defendants. | C.A. No. 1:17-cv-00415-JJM-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties, by and through their respective counsel, hereby agree that the above-captioned matter shall be dismissed with prejudice, each party to bear its own costs and fees except as otherwise agreed upon by the parties.

Dated: September 30, 2020

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| By their attorneys, | By their attorneys, |

/s/ Katherine R. Bowden
Katherine R. Bowden (#6630)
Disability Rights Rhode Island
33 Broad Street, Suite 601
Providence, RI 02903
(401) 831-3150
(401) 274-5568 (facsimile)
kbowden@drri.org

/s/ Brittany Shrader
Brittany Shrader (PHV)
NATIONAL ASSOCIATION OF THE
DEAF LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-7466
Fax: (301) 587-1791
Brittany.shrader@nad.org

EISENBERG & BAUM, LLP
Andrew Rozynski (PHV)
24 Union Square East Fourth Floor
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708
arozynski@eandblaw.com

/s/ Geoffrey W. Millsom
Richard R. Beretta, Jr. (#4313)
Geoffrey W. Millsom (#6483)
Jamie J. Bachant (#8800)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
gmillsom@apslaw.com
rberetta@apslaw.com
jbachant@apslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September __30__, 2020, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 1:17-cv-00415-JJM-LDA.

<em>/s/ Katherine R. Bowden</em>

1025668.v1